UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAROL STEPHENSON, et. al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 1:05-cv-1381-SEB-VSS |
| vs. ) | |
| ) | |
| JEAN CATES, et. al, ) | |
| ) | |
| Defendants. ) | |

## ORDER TO SHOW CAUSE

This action was filed on September 15, 2005. More than 120 days have now transpired, and no proof of service of the summons and complaint upon Defendants has been filed with the Court. Plaintiff is, thus, ORDERED to show cause on or before March 31, 2006, why this cause should not be dismissed pursuant to Fed. R. Civ. P. 4(m).

Date: 03/17/2006

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Dale William Arnett
larnett1@verizon.net